**Fill in this information to identify the case:**

Debtor name: **Sturbridge Yankee Workshop Corporation**

United States Bankruptcy Court for the: DISTRICT OF MAINE, PORTLAND DIVISION

Case number (if known): **20-20043**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................... $ 388,147.86

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................... $ 388,147.86

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................................. $ 751,131.26

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................... $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............. +$ 3,239,056.22

4. **Total liabilities** ..............................................................................................
   Lines 2 + 3a + 3b                                                                                       $ 3,990,187.48