UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| STURBRIDGE YANKEE WORKSHOP, ) | Case No. 20-20043 |
| CORPORATION, LLC, ) | |
| ) | |
| Debtor ) | |

**CERTIFICATION OF CREDITOR MATRIX**

I hereby certify that the attached matrix, consisting of  6  pages, includes the names and addresses of all creditors listed on the debtor's schedules and not previously included in Debtor's Creditor Matrix filed on February 14, 2020.

DATED:  March 3, 2020           /s/ David C. Johnson
                                George J. Marcus, Esq.
                                David C. Johnson, Esq.

                                MARCUS | CLEGG
                                16 Middle Street, Unit 501
                                Portland, ME  04101
                                (207) 828-8000
                                bankruptcy@marcusclegg.com

                                Attorneys for the Debtor

```
American Dakota
512 Union Grove Rd SE
Calhoun, GA 30701-3718


April Cornell
131 Battery St
Burlington, VT 05401-5208


Athlon Media Group
2451 Atrium Way
Nashville, TN 37214-5102


Barnett Products, Inc.
PO Box 7546
Macon, GA 31209-7546


Beechdale Frames
2856 Lincoln Hwy E
Ronks, PA 17572-9799


Bert Anderson Collection
2840 S 70th St Ste 7-131
Lincoln NE 68506-3662


BEU
PO Box 936724
Atlanta, GA 30301


Big House Home Collection
8508 Fairway Pl
Middleton, WI 53562-2502


Cal Lighting
3625 E Philadelphia St
Ontario, CA 91761-2947


Chicago Stool & Chair, Inc.
1230 Saint Charles St
Elgin, IL 60120-8445


Cooper Classics, Inc.
115 Cooper Classics Ln
Rocky Mount, VA 24151-2754
```

```
Country Living
PO Box 6094
Harlan, IA 51593-1594


Craftmade International, Inc.
3401 Trinity Blvd
Grand Prairie, TX 75050-4239


Custom Décor, Inc.
PO Box 336
Cheswold, DE 19936-0336


DSA Finance Corp.
F/F Homespice Décor
PO Box 577520
Chicago, IL 60657-7335


DZI Inc.
150 Pleasant St Ste 320
Easthampton, MA 01027-1547


E.A. Buschmann
16 Ferry Rd
Lewiston, ME 04240-1003


East West Furniture, LLC
175 Southbest Industrial Dr
Houston, TX 77047-7020


Education Outdoors
5185 N US Highway 3
PO Box 90
Eastport, MI 49627


Elements International
PO Box 676038
Dallas, TX 75267-6038


Expeditors Internationa/New York
245 Roger Ave
Inwood, NY 11096-1623


Ganz
PO Box 530
Buffalo, NY 14240-0530
```

2

```
Generation Brands
PO Box 782951
Philadelphia, PA 19178


Harrisville Designs, Inc.
PO Box 806
Harrisville, NH 03450-0806


Heartwood
PO Box 369
Star, MS 39167-0369


Highland Home/Country Art
706 Richard St
Springfield, TN 37172-2747


Ipswich Bay Soap Co.
41 Linebrook Rd
Ipswich, MA 01938-2901


J T Hayman
PO Box 232
Windham, ME 04062-0232


Jones Rustic Sign Co.
2758 Viking Ln
Dayton, OH 45439-1720


Kalalou, Inc.
3844 W Northside Dr
Jackson, MS 39209-2559


KAS Oriental Rugs
62 Veronica Ave
Somerset, NJ 08873-3484


KBM Group LLC
PO Box 951067
Dallas, TX 75395-1067


Lorraine Home Fashions
505 Thornall St Ste 304
Edison, NJ 08837-2260


Magnolia Casual
PO Box 254
```

3

Pascagoula, MS 39568

Manual Woodworkers & Weavers
PO Box 63204
Charlotte, NC 28263-3204

Maritime Paper
25 Borden Ave
Darmouth, NS B3B 1C7
CANADA

Minuteman
65 Arborway
Fitchburg, MA 01420-4636

Mother's Mountain
2 Mustard Hollow Way
Falmouth, ME 04105-1281

Overhead Door Company
533 Riverside Industrial Pkwy
Portland, ME 04103-1417

Portland Regional Chamber of Commerce
443 Congress St
Portland, ME 04101-3531

Prarie Dance, Inc.
401 E 8th St Ste 118
Sioux Falls, SD 57103-7005

Pure Country
81 Skylar Rd
Lynn, NC 28750

Red Carpet Studios
Dept 781218
PO Box 78000
Detroit, MI 48278-0001

Red Horse Signs
8607 219th St SE Ste H
Woodinville, WA 98072-4806

Saturday Knight Ltd.
4330 Winton Rd

4

Cincinnati, OH 45232-1827

Sealed Air Corporation
26077 Network Pl
Chicago, IL 60673-1260

SIS Enterprises, Inc.
6707 Shingle Creek Pkwy Ste 100
Minneapolis, MN 55430-1438

Southern Enterprises, Inc.
PO Box 679031
Dallas, TX 75267-9031

Spicher & Co.
7072 Carlisle Pike
Carlisle, PA 17015-8899

Staples Business Advantage
Attn: Tom Riggleman
7 Technology Circle
Columbia, SC 29203

Staples Credit Plan
Dept. 51-7812168408
PO Box 78004
Phoenix, AZ 85062

Surya
PO Box 896604
Charlotte, NC  28289-6604

Twelve Timbers
418 W Industrial Park Rd
Richfield, UT 84701-7118

Typhoon Homewares
900 Merchanges Concourse Ste 211
Westbury, NY 11568

Umbra, Inc.
Dept No 554
PO Box 8000
Buffalo, NY 14267-0002

Valley Forge Flag Co.

5

```
PO Box 5979
Wyomissing, PA 19610-5979


Viewpoint Landscape
PO Box 221
Gorham, ME 04038-0221


Village Wrought Iron
7756 Main St
Fabius, NY 13063-9749


VIP International
2590 Mercantile Dr Ste C
Ranco Cordova, CA 95742-6244


Sherlock Services
440 Fourth St NW
Barberton, OH 44203


Arandell
N82W13118 Leon Rd
Menomonee Falls, WI 53051-3303


Direct Energy Business, LLC
1001 Liberty Ave
Pittsburgh, PA 15222-3714


Mail Finance, Inc.
478 Wheelers Farms Rd
Milford, CT 06461-9105


The Maine Group: BEU/TBT
275 Read St
Portland, ME 04103-3425
```