**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| STURBRIDGE YANKEE WORKSHOP ) | **Case No. 20-20043** |
| CORPORATION, ) | |
| ) | |
| **Debtor** ) | |

**ORDER GRANTING THE DEBTOR'S MOTION FOR FINAL DECREE**
**CLOSING CASE AND RELATED RELIEF**

Upon consideration of the *Motion for Final Decree Closing Case and Related Relief* (the "Motion"), Sturbridge Yankee Workshop Corporation ("SYWC" or the "Debtor") having served copies of the Motion, a proposed form of Order and Notice of Hearing either electronically or by first class U.S. mail, postage prepaid on (a) the Debtor; (b) the Trustee; (c) the UST; and (d) each party that has filed a notice of appearance in the above-captioned case, a hearing having been held and good cause having been demonstrated to the Court, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Service as set forth above was adequate notice to all parties in interest under the circumstances of such case.

2. This Chapter 11 case has been substantially consummated and fully administered for purposes of 11 U.S.C. §§ 350(a) and 1101(2).

3. As such, the Motion is hereby GRANTED and this Order shall constitute a Final Decree closing the case pursuant to 11 U.S.C. § 350(a), Fed.R.Bankr.P. 3022 and Me. LBR 3022-1 as of the date hereof.

Dated: December 22, 2020

/s/ Peter G. Cary
United States Bankruptcy Judge
District of Maine